IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KT SPEARS CREEK, LLC | § | CASE NO. 11-33991 |
| | § | |
| | § | |
| Debtor. | § | Chapter 11 |

NOTICE OF HEARING
(RELATES TO DOCKET NOS. 27, 28 AND 31)

**PLEASE TAKE NOTICE** that a hearing will be held on the following motions filed by

KT Spears Creek, LLC on **Tuesday, June 7, 2011 at 9:30 a.m.** (CDT) in the courtroom for the

Honorable Letitia Z. Paul, located at 515 Rusk Avenue, Courtroom 401, Houston, Texas 77002:

- Emergency Motion for Interim and Final Orders Approving Use of Cash Collateral [Doc. No. 27];

- Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtor to Obtain Post-Petition Secured Financing, (ii) Granting Security Interests and (iii) Scheduling a Final Hearing [Doc. No. 28]; and

- Emergency Motion for Turnover of Property and Request for Accounting [Doc. No. 31].

**Dated**: June 2, 2011

**OKIN ADAMS & KILMER LLP**

By: */s/ Maggie D. Conner*
    Matthew S. Okin
    Texas Bar #00784695
    Maggie D. Conner
    Texas Bar. #24038439
    1113 Vine St., Suite 201
    Houston, TX  77002
    Tel:  713- 228-4100
    Fax:  888-865-2118
    mokin@oakllp.com
    mconner@oakllp.com

**PROPOSED ATTORNEYS FOR THE
DEBTOR IN POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties listed on the attached Service List *via* United States mail, e-mail and/or the Court's Electronic Case Filing system on the 2nd day of June, 2011.

    */s/ Maggie D. Conner*
    Maggie D. Conner

Service List

### United States Trustee:

Office of the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
Fax:713-718-4670

### IRS:

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

### Counsel for RBC:

Constance L. Young
Johnston, Allison & Hord, PA
1065 East Morehead Street
Charlotte, North Carolina  28204
Tel:  704.998.2259
Fax:  704.376.1628
cyoung@jahlaw.com

Joseph G. Epstein
Winstead PC
1100 JPMorgan Chase Tower
600 Travis Street
Houston, Texas 77002
Tel:  713.650.2740 Direct
Fax:  713.650.2400 Fax
jepstein@winstead.com

### Receiver:

Henry W. Moore, Jr., CCIM
Colliers International
1301 Gervais Street, Suite 600 (29201)
P.O. Box 11610
Columbia, South Carolina
Tel:  803.254.2300
Fax:  803.401.4236
woody.moore@colliers.com

### Property Manager:

Lisa Taylor
Greystar
521 East Morehead Street, Suite 140
Charlotte, North Carolina  28202
Tel:  704.332.0404
Fax:  704.332.0405
ltaylor@greystar.com

Kelly Carrig
Greystar
10682 Two Notch Road
Elgin, South Carolina  29045
Tel:  803.865.0400
Fax:  803.865.2505
greenhillparishmgr@greystar.com

### Counsel for First Palmetto Bank

Shari L. Heyen
Greenberg Traurig, LLP
1000 Louisiana, Suite 1700
Houston, Texas 77002
Tel: 713.374.3500
Fax: 713.374.3505
heyens@gtlaw.com

Service List

Richland County South Carolina
2020 Hampton Street
Columbia, SC 29204

Nexsen Pruett, LLC
Attn: Henry W. Brown
P.O. Drawer 2426
Columbia, SC 29202

Orkin, Inc.
P.O. Box 71869
North Charleston, SC 29415

Signs by Tomorrow
7364 Two Notch Road
Columbia, SC 29223

First Palmetto Savings Bank
1636 HWY 17 North
Columbia, SC 29223

First Savers Bank, a division of
Plantation Federal Bank
c/o Amy L.B. Hill
1310 Gadsden Street, P.O. Box 11449
Columbia, SC 29211

Hyco Plumbing, Inc.
c/o N. Ward Lambert
Harper Lambert & Brown
P.O. Box 908
Greenville, SC 29602

IES Residential, Inc.
f/k/a Houston-Stafford Electric
c/o Stephen E. Toomey, Attorney at Law
4200 South Shepherd, Ste. 212
Houston, TX 77098

RBC
P.O. Box 1220
Rocky Mount, NC 27802-1220