IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KT SPEARS CREEK, LLC | § | CASE NO. 11-33991 |
| | § | |
| Debtor. | § | Chapter 11 |

NOTICE OF FILING
(**Relates to Docket Nos. 27 and 28.**)

**PLEASE TAKE NOTICE** of the filing of the following attached documents, which relate to the Debtor's Emergency Motion for Interim and Final Orders Approving Use of Cash Collateral [Doc. No. 27] and the Debtor's Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 and Bankruptcy Rules 2002, 4001, and 9014 (i) Authorizing the Debtor to Obtain Post-Petition Secured Financing, (ii) Granting Security Interests and (iii) Scheduling a Final Hearing [Doc. No. 28]:

- Debtor-in-Possession Credit Agreement;
- Cash Collateral Budget; and
- DIP Budget.

**Dated**: June 6, 2011

Respectfully submitted,

**OKIN ADAMS & KILMER LLP**

By: */s/ Maggie D. Conner*
Matthew S. Okin
Texas Bar #00784695
Maggie D. Conner
Texas Bar. #24038439
1113 Vine St., Suite 201
Houston, TX  77002
Tel:  713- 228-4100
Fax:  888-865-2118
mokin@oakllp.com
mconner@oakllp.com

**PROPOSED ATTORNEYS FOR THE DEBTOR IN POSSESSION**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on the parties listed on the attached Service List *via* United States mail and/or the Court's Electronic Case Filing system on the 9th day of June, 2011.

*/s/ Maggie D. Conner*
Maggie D. Conner