**KT Spears Creek DIP Loan Budget**
*Wednesday, June 01, 2011*

| | 6-Jun | 13-Jun | 20-Jun | 27-Jun | 4-Jul | 11-Jul | 18-Jul | 25-Jul | 1-Aug | 8-Aug | 15-Aug | 22-Aug | 29-Aug | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | |
| Chiron Equities DIP Loan | 10,000 | - | - | 25,000 | - | 20,000 | 15,000 | - | 20,000 | - | 5,000 | - | - | 95,000 |
| **Total Revenue** | **10,000** | **-** | **-** | **25,000** | **-** | **20,000** | **15,000** | **-** | **20,000** | **-** | **5,000** | **-** | **-** | **95,000** |
| | | | | | | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | | | |
| Legal Fees (Okin, Adams, Kilmer) | - | - | - | 15,000 | - | - | - | - | 20,000 | - | - | - | - | 35,000 |
| Sales Marketing/Advertising/Brokerage Fees | - | - | 6,000 | - | - | - | 6,000 | - | - | - | 6,000 | - | - | 18,000 |
| General & Administrative Expenses | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 1,300 |
| Travel Costs | - | - | - | - | - | 2,000 | - | - | 800 | - | - | - | - | 2,800 |
| Professional Reports | - | - | - | 4,000 | - | - | 8,000 | - | - | - | - | - | - | 12,000 |
| Anticipated Loan Due Diligence Fee | - | - | - | - | - | 20,000 | - | - | - | - | - | - | - | 20,000 |
| Quarterly Trustee Fees | - | - | - | 4,750 | - | - | - | - | - | - | - | - | - | 4,750 |
| **Total Expenses** | **100** | **100** | **6,100** | **23,850** | **100** | **22,100** | **14,100** | **100** | **20,900** | **100** | **6,100** | **100** | **100** | **93,850** |
| | | | | | | | | | | | | | | |
| **Net Cash Remaining** | 9,900 | 9,800 | 3,700 | 4,850 | 4,750 | 2,650 | 3,550 | 3,450 | 2,550 | 2,450 | 1,350 | 1,250 | 1,150 | |