IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**ENTERED**
**06/27/2011**

|  |  |  |
|---|---|---|
| IN RE | ) | |
| | ) | |
| KT SPEARS CREEK, LLC, | ) | CASE NO. 11-33991-H3-11 |
| | ) | |
| Debtor, | ) | |

<u>ORDER SETTING AND RESETTING HEARINGS</u>

The court has previously set a hearing for June 28, 2011, at 11:30 a.m., in Courtroom 401, 515 Rusk, Houston, Texas, on the "Motion to Dismiss for Bad Faith Filing and for Improper Venue Pursuant to 28 U.S.C. § 1406(a) and § 1408" (Docket No. 25) filed by RBC Bank, the "Motion to Designate Case as Single Asset Real Estate Case Pursuant to 11 U.S.C. § 101(51B)" (Docket No. 26) filed by RBC Bank, "Debtor's Emergency Motion for Interim and Final Orders Approving Use of Cash Collateral" (Docket No. 27), the "Emergency Motion Pursuant to 11 U.S.C. §§ 105, 362, 363, and 364 And Bankruptcy Rules 2002, 4001, and 9014 (I) Authorizing the Debtor To Obtain Post-petition Secured Financing, (II) Granting Security Interests, and (III) Scheduling Final Hearing" (Docket No. 28) filed by Debtor, and the "Emergency Motion for Turnover of Property and Request for Accounting" (Docket No. 31) filed by Debtor. First Savers Bank and First Palmetto Savings Bank have joined in the motion to dismiss, or alternatively seek transfer of venue.

The parties having advised that they anticipate that the hearing on the instant motions may be lengthy, the hearing set on June 28, 2011 at 11:30 a.m. is limited to the issues relating to venue.  The remainder of the issues will be set for hearing on either June 29, 2011 or June 30, 2011, subject to this court's determination as to venue.

SO ORDERED.

Signed at Houston, Texas on June 27, 2011.

LETITIA Z. PAUL
UNITED STATES BANKRUPTCY JUDGE